UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re: **Alberto Soulier and Jeaneth Soulier,**

**Case No. 26-21106-**xxx
**Chapter 7**

Debtors.
____________________________________/

**DECLARATION REGARDING PAYMENT ADVICES**

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1)(E), and Local Rule 1007-1(c), the debtor declares as follows:

**Debtor:**

__X__ Copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the debtor's social security number or individual taxpayer identification number deleted** are attached.

_____ No copies of payment advices or other evidence of payment are attached because the debtor did not receive any payment from any employer within 60 days before the petition was filed.

_____ No copies of payment advices or other evidence of payment are attached because the debtor:

- _____ receives disability payments
- _____ is unemployed and does not receive unemployment compensation
- _____ receives social security payments
- _____ receives a pension
- _____ does not work outside the home
- _____ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide copies of all payment advices or other evidence of payment that the debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

**Joint Debtor (if applicable):**

_____ Copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed—**with all but the last 4 digits of the joint debtor's social security number or individual taxpayer identification number deleted**—are attached.

_____ No copies of payment advices or other evidence of payment are attached because the joint debtor did not receive any payment from any employer within 60 days before the petition was filed.

__X__ No copies of payment advices or other evidence of payment are attached because the joint debtor:

- _____ receives disability payments
- _____ is unemployed and does not receive unemployment compensation
- _____ receives social security payments
- _____ receives a pension
- _____ does not work outside the home
- __X__ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide copies of all payment advices or other evidence of payment that the joint debtor received from any employer within 60 days before the petition was filed because: [insert explanation].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 25, 2026

_*s/Alberto Soulier*______
Debtor's signature

__s/ Jeaneth Soulier______
Joint Debtor's signature (if applicable)

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 06/05/2026 **PAY PERIOD:** 05/17/2026 - 05/30/2026 **TOTAL CURRENT PPD WKD HOURS:** 89:01 S4 -EIN [redacted]120

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,214.34 | 382.76 | 458.11 | 2,373.47 |
| YTD | 37,282.45 | 4,563.63 | 5,564.29 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| HOLIDAY ALLOWANCE | | 27.3500 | 8:00 |
| PREMIUM 0.5 | | 13.6750 | 25:01 |
| REGULAR | | 27.3500 | 89:01 |
| VACATION | | 27.3500 | 8:00 |

**SUPPLEMENTAL**

| DESCRIPTION | PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA DIST 3 | 30.77 | 338.47 |
| ANCILLARY BEN-AFTX | 2.32 | 25.52 |
| CAREPLUS-PRETX | 0.00 | 15.00 |
| DENTAL-PRETX | 0.00 | 95.00 |
| MEDICAL-PRETX | 192.00 | 2,112.00 |
| ARSP 401K SPL1 | 43.55 | 522.60 |
| ARSP 401K SPL2 | 58.19 | 698.28 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| ARSP 401K PRE TAX | 131.28 | 1,545.02 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **458.11** | **5,564.29** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 187.39 | 2,173.75 |
| Medicare | 43.83 | 508.38 |
| Federal Withholding | 151.54 | 1,881.50 |
| **TOTAL TAX WITHHOLDING** | **382.76** | **4,563.63** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,022.34 | 35,060.45 |
| Medicare - Taxable Wages | 3,022.34 | 35,060.45 |
| Federal Withholding - Taxable Wages | 2,891.06 | 33,515.43 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 06/18/2026 **PAY PERIOD:** 05/31/2026 - 06/13/2026 **TOTAL CURRENT PPD WKD HOURS:** 102:15 S4 -EIN [redacted]120

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,808.81 | 554.47 | 466.99 | 2,787.35 |
| YTD | 41,091.26 | 5,118.10 | 6,031.28 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| PREMIUM 0.5 | | 13.6750 | 22:15 |
| REGULAR | | 27.3500 | 102:15 |
| PREMIUM 0.5 | 03/29/2026 - 04/04/2026 | -15.6850 | 9:00 |
| PREMIUM 0.5 | 03/29/2026 - 04/04/2026 | 16.9750 | 9:00 |
| PREMIUM 0.5 | 04/05/2026 - 04/11/2026 | -13.6750 | 17:30 |
| PREMIUM 0.5 | 04/05/2026 - 04/11/2026 | 14.7750 | 17:30 |
| PREMIUM 0.5 | 04/12/2026 - 04/18/2026 | -13.6750 | 11:30 |
| PREMIUM 0.5 | 04/12/2026 - 04/18/2026 | 14.9000 | 11:30 |
| PREMIUM 0.5 | 04/19/2026 - 04/25/2026 | -13.6750 | 13:15 |
| PREMIUM 0.5 | 04/19/2026 - 04/25/2026 | 14.8600 | 13:15 |
| PREMIUM 0.5 | 04/26/2026 - 05/02/2026 | -13.6750 | 12:00 |
| PREMIUM 0.5 | 04/26/2026 - 05/02/2026 | 14.9850 | 12:00 |

**SUPPLEMENTAL**

| DESCRIPTION | PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| CASH AWD NONEXEMPT GRS UP | | 04/01/2026 - 04/30/2026 | 631.63 |

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA DIST 3 | 30.77 | 369.24 |
| ANCILLARY BEN-AFTX | 2.32 | 27.84 |
| CAREPLUS-PRETX | 3.00 | 18.00 |
| DENTAL-PRETX | 19.00 | 114.00 |
| MEDICAL-PRETX | 192.00 | 2,304.00 |
| ARSP 401K SPL1 | 43.55 | 566.15 |
| ARSP 401K SPL2 | 58.19 | 756.47 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| ARSP 401K PRE TAX | 118.16 | 1,663.18 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **466.99** | **6,031.28** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 222.88 | 2,396.63 |
| Medicare | 52.12 | 560.50 |
| Federal Withholding | 279.47 | 2,160.97 |
| **TOTAL TAX WITHHOLDING** | **554.47** | **5,118.10** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,594.81 | 38,655.26 |
| Medicare - Taxable Wages | 3,594.81 | 38,655.26 |
| Federal Withholding - Taxable Wages | 3,476.65 | 36,992.08 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 07/02/2026 **PAY PERIOD:** 06/14/2026 - 06/27/2026 **TOTAL CURRENT PPD WKD HOURS:** 101:30 S4 -EIN [redacted]120

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,780.98 | 551.87 | 458.11 | 2,771.00 |
| YTD | 44,872.24 | 5,669.97 | 6,489.39 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| PREMIUM 0.5 | | 13.6750 | 21:30 |
| REGULAR | | 27.3500 | 101:30 |
| PREMIUM 0.5 | 04/26/2026 - 05/02/2026 | -14.9850 | 12:00 |
| PREMIUM 0.5 | 04/26/2026 - 05/02/2026 | 16.0750 | 12:00 |
| PREMIUM 0.5 | 05/03/2026 - 05/09/2026 | -13.6750 | 15:30 |
| PREMIUM 0.5 | 05/03/2026 - 05/09/2026 | 14.6350 | 15:30 |
| PREMIUM 0.5 | 05/10/2026 - 05/16/2026 | -13.6750 | 10:00 |
| PREMIUM 0.5 | 05/10/2026 - 05/16/2026 | 14.7300 | 10:00 |
| PREMIUM 0.5 | 05/17/2026 - 05/23/2026 | -13.6750 | 14:00 |
| PREMIUM 0.5 | 05/17/2026 - 05/23/2026 | 14.8200 | 14:00 |
| PREMIUM 0.5 | 05/24/2026 - 05/30/2026 | -13.6750 | 11:01 |
| PREMIUM 0.5 | 05/24/2026 - 05/30/2026 | 14.9000 | 11:01 |
| PREMIUM 0.5 | 05/31/2026 - 06/06/2026 | -13.6750 | 10:45 |
| PREMIUM 0.5 | 05/31/2026 - 06/06/2026 | 14.7100 | 10:45 |

**SUPPLEMENTAL**

| DESCRIPTION | PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| CASH AWD NONEXEMPT GRS UP | | 05/01/2026 - 05/31/2026 | 631.78 |

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| UNION DUES CWA DIST 3 | 30.77 | 400.01 |
| ANCILLARY BEN-AFTX | 2.32 | 30.16 |
| CAREPLUS-PRETX | 0.00 | 18.00 |
| DENTAL-PRETX | 0.00 | 114.00 |
| MEDICAL-PRETX | 192.00 | 2,496.00 |
| ARSP 401K SPL1 | 43.55 | 609.70 |
| ARSP 401K SPL2 | 58.19 | 814.66 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| ARSP 401K PRE TAX | 131.28 | 1,794.46 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **458.11** | **6,489.39** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 222.51 | 2,619.14 |
| Medicare | 52.04 | 612.54 |
| Federal Withholding | 277.32 | 2,438.29 |
| **TOTAL TAX WITHHOLDING** | **551.87** | **5,669.97** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,588.98 | 42,244.24 |
| Medicare - Taxable Wages | 3,588.98 | 42,244.24 |
| Federal Withholding - Taxable Wages | 3,457.70 | 40,449.78 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 07/17/2026 **PAY PERIOD:** 06/28/2026 - 07/11/2026 **TOTAL CURRENT PPD WKD HOURS:** 91:00 S4 -EIN [redacted]120

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 2,994.85 | 334.12 | 489.95 | 2,170.78 |
| YTD | 47,867.09 | 6,004.09 | 6,979.34 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| HOLIDAY ALLOWANCE | | 27.3500 | 8:00 |
| PREMIUM 0.5 | | 13.6750 | 21:00 |
| REGULAR | | 27.3500 | 91:00 |

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| ANCILLARY BEN-AFTX | 2.32 | 32.48 |
| ARSP 401K PRE TAX | 128.00 | 1,935.58 |
| ARSP 401K PRE TAX - 05/31/2026 - 06/13/2026 | 13.12 | |
| ARSP 401K SPL1 | 43.55 | 653.25 |
| ARSP 401K SPL2 | 58.19 | 872.85 |
| CAREPLUS-PRETX | 3.00 | 21.00 |
| DENTAL-PRETX | 19.00 | 133.00 |
| MEDICAL-PRETX | 192.00 | 2,688.00 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| UNION DUES CWA DIST 3 | 30.77 | 430.78 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **489.95** | **6,979.34** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 172.42 | 2,791.56 |
| Medicare | 40.32 | 652.86 |
| Federal Withholding | 121.38 | 2,559.67 |
| **TOTAL TAX WITHHOLDING** | **334.12** | **6,004.09** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,780.85 | 45,025.09 |
| Medicare - Taxable Wages | 2,780.85 | 45,025.09 |
| Federal Withholding - Taxable Wages | 2,639.73 | 43,089.51 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 07/31/2026 **PAY PERIOD:** 07/12/2026 - 07/25/2026 **TOTAL CURRENT PPD WKD HOURS:** 102:31 S4 -EIN [redacted]120

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,581.34 | 533.45 | 233.02 | 2,814.87 |
| YTD | 51,448.43 | 6,537.54 | 7,212.36 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| PREMIUM 0.5 | | 13.6750 | 22:31 |
| REGULAR | | 27.3500 | 102:31 |
| PREMIUM 0.5 | 05/31/2026 - 06/06/2026 | -14.7100 | 10:45 |
| PREMIUM 0.5 | 05/31/2026 - 06/06/2026 | 15.5500 | 10:45 |
| PREMIUM 0.5 | 06/07/2026 - 06/13/2026 | -13.6750 | 11:30 |
| PREMIUM 0.5 | 06/07/2026 - 06/13/2026 | 14.5000 | 11:30 |
| PREMIUM 0.5 | 06/14/2026 - 06/20/2026 | -13.6750 | 11:30 |
| PREMIUM 0.5 | 06/14/2026 - 06/20/2026 | 14.5000 | 11:30 |
| PREMIUM 0.5 | 06/21/2026 - 06/27/2026 | -13.6750 | 10:00 |
| PREMIUM 0.5 | 06/21/2026 - 06/27/2026 | 14.5250 | 10:00 |
| PREMIUM 0.5 | 06/28/2026 - 07/04/2026 | -13.6750 | 8:00 |
| PREMIUM 0.5 | 06/28/2026 - 07/04/2026 | 14.7900 | 8:00 |

**SUPPLEMENTAL**

| DESCRIPTION | PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| CASH AWD NONEXEMPT GRS UP | | 06/01/2026 - 06/30/2026 | 424.20 |

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| ANCILLARY BEN-AFTX | 0.00 | 32.48 |
| ARSP 401K PRE TAX | 131.28 | 2,066.86 |
| ARSP 401K SPL1 | 43.55 | 696.80 |
| ARSP 401K SPL2 | 58.19 | 931.04 |
| CAREPLUS-PRETX | 0.00 | 21.00 |
| DENTAL-PRETX | 0.00 | 133.00 |
| MEDICAL-PRETX | 0.00 | 2,688.00 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| UNION DUES CWA DIST 3 | 0.00 | 430.78 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **233.02** | **7,212.36** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 222.04 | 3,013.60 |
| Medicare | 51.93 | 704.79 |
| Federal Withholding | 259.48 | 2,819.15 |
| **TOTAL TAX WITHHOLDING** | **533.45** | **6,537.54** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,581.34 | 48,606.43 |
| Medicare - Taxable Wages | 3,581.34 | 48,606.43 |
| Federal Withholding - Taxable Wages | 3,450.06 | 46,539.57 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00

Alberto Soulier
[redacted]
Weston, FL 33326

BELLSOUTH TELECOMMUNICATIONS, LLC
675 W Peachtree St, NW, Atlanta, GA 30375
Payroll Address: AT&T Payroll, PO Box 5037, Carol Stream, IL 60197-5037
OneStop: 888-722-1787

**CHECK DATE:** 08/14/2026 **PAY PERIOD:** 07/26/2026 - 08/08/2026 **TOTAL CURRENT PPD WKD HOURS:** 99:00 S4 -EIN [redacted]

**ATTUID:** ax405n
**BASIS OF PAY:** Hourly

| | TOTAL COMPENSATION | TOTAL TAX WITHHOLDING | TOTAL REFUNDS / DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 3,045.09 | 355.75 | 458.11 | 2,231.23 |
| YTD | 54,493.52 | 6,893.29 | 7,670.47 | xxxxxx |

**WAGES**

| DESCRIPTION | PERIOD | RATE | HOURS:MINS |
|---|---|---|---|
| PREMIUM 0.5 | | 13.6750 | 10:00 |
| PREMIUM 0.5 | | 13.8200 | 9:00 |
| REGULAR | | 27.3500 | 99:00 |
| PREMIUM 0.5 | 06/28/2026 - 07/04/2026 | -14.7900 | 8:00 |
| PREMIUM 0.5 | 06/28/2026 - 07/04/2026 | 14.9750 | 8:00 |
| PREMIUM 0.5 | 07/05/2026 - 07/11/2026 | -13.6750 | 13:00 |
| PREMIUM 0.5 | 07/05/2026 - 07/11/2026 | 13.8050 | 13:00 |
| PREMIUM 0.5 | 07/12/2026 - 07/18/2026 | -13.6750 | 12:15 |
| PREMIUM 0.5 | 07/12/2026 - 07/18/2026 | 13.8100 | 12:15 |
| PREMIUM 0.5 | 07/19/2026 - 07/25/2026 | -13.6750 | 10:16 |
| PREMIUM 0.5 | 07/19/2026 - 07/25/2026 | 13.8150 | 10:16 |

**SUPPLEMENTAL**

| DESCRIPTION | PERIOD | COVERAGE PERIOD | AMOUNT |
|---|---|---|---|
| CASH AWARD GROSS UP | | 07/01/2026 - 07/31/2026 | 70.01 |

**REFUNDS OR DEDUCTIONS**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| ANCILLARY BEN-AFTX | 2.32 | 34.80 |
| ARSP 401K PRE TAX | 131.28 | 2,198.14 |
| ARSP 401K SPL1 | 43.55 | 740.35 |
| ARSP 401K SPL2 | 58.19 | 989.23 |
| CAREPLUS-PRETX | 0.00 | 21.00 |
| DENTAL-PRETX | 0.00 | 133.00 |
| MEDICAL-PRETX | 192.00 | 2,880.00 |
| PR YR GROSS WAGE REC | 0.00 | 212.40 |
| UNION DUES CWA DIST 3 | 30.77 | 461.55 |
| **TOTAL REFUNDS/ DEDUCTIONS** | **458.11** | **7,670.47** |

**TAX WITHHOLDING**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI | 176.89 | 3,190.49 |
| Medicare | 41.37 | 746.16 |
| Federal Withholding | 137.49 | 2,956.64 |
| **TOTAL TAX WITHHOLDING** | **355.75** | **6,893.29** |

**TAXABLE WAGES**

| DESCRIPTION | THIS PERIOD | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,853.09 | 51,459.52 |
| Medicare - Taxable Wages | 2,853.09 | 51,459.52 |
| Federal Withholding - Taxable Wages | 2,721.81 | 49,261.38 |

2026 SOC SECURITY LIMITS: WAGES:184,500.00 TAXES: 11,439.00