Certificate Number: 00927-FLS-DE-041402009

Bankruptcy Case Number: 26-21106

00927-FLS-DE-041402009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2026, at 7:20 o'clock PM EDT, Alberto Soulier completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: September 2, 2026

By: /s/Al Duarte

Name: Al Duarte

Title: Certified Credit Counselor

Certificate Number: 00927-FLS-DE-041402010

Bankruptcy Case Number: 26-21106

00927-FLS-DE-041402010

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2026, at 7:20 o'clock PM EDT, JEANETH SOULIER completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: September 2, 2026

By: /s/Al Duarte

Name: Al Duarte

Title: Certified Credit Counselor